

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2020

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:       Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Appellants have filed a motion to correct the reporter's record and to abate this appeal pending the filing of the corrected reporter's record. A corrected reporter's record has been filed in this case. Appellants' motion is therefore DENIED AS MOOT without prejudice to refiling a motion to correct any remaining errors in the reporter's record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2020.



Michael A. Cruz,
Clerk of Court